```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 63414
   TAMIEKA S DIXON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7259

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 11/11/2005 and was confirmed 04/24/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  56.59% from remaining funds.

   The case was completed - no discharge 08/22/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG           .00            .00             .00
SMC                       UNSECURED            393.37            .00          222.59
CREDIT PROTECTION ASSOCI  UNSECURED         NOT FILED            .00             .00
DEBT RECOVERY SOLUTION    UNSECURED            385.87            .00          218.35
JEWEL FOOD STORES         UNSECURED             65.02            .00           36.79
HARRIS                    UNSECURED         NOT FILED            .00             .00
LVNV FUNDING LLC          UNSECURED           1822.65            .00         1031.36
MEDCLEAR                  UNSECURED         NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED            .00             .00
SHERMAN ACQUISITION       UNSECURED         NOT FILED            .00             .00
SM SERVICING              UNSECURED         NOT FILED            .00             .00
SM SERVICING              UNSECURED         NOT FILED            .00             .00
SM SERVICING              UNSECURED         NOT FILED            .00             .00
VAN RU CREDIT CORPORATIO  UNSECURED         NOT FILED            .00             .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE      1600.00            .00         1600.00
ECMC                      UNSECURED           5243.21            .00         2966.90
ECMC                      NOTICE ONLY      NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        1,700.20                       1,700.20
TOM VAUGHN                TRUSTEE                                             503.81
DEBTOR REFUND             REFUND                                              423.96

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             8,703.96

PRIORITY                                     .00
SECURED                                 1,600.00
UNSECURED                               4,475.99
ADMINISTRATIVE                          1,700.20
TRUSTEE COMPENSATION                      503.81

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 63414 TAMIEKA S DIXON
```

```
DEBTOR REFUND                                                    423.96
                                        ---------------   ---------------
TOTALS                                         8,703.96          8,703.96
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/13/07                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE